# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

In re:
PATRICIA WILLIAMS PATTERSON,           Chapter 13
    Debtor.                                              Case No. 16-70502

### ORDER

On May 4, 2016, the Court issued an order dismissing the debtor's case due to the debtor's failure to file certain documents pursuant to a deficiency order. *See* ECF Dkt. Nos. 6, 11. On May 9, 2016, the Court received a letter from the debtor, who asserted that she believed she had filed all required documents and was in the process of retaining counsel. ECF Dkt. No. 14. The Court treated this letter as a motion to reinstate her case and set it for hearing to be held on June 6, 2016. At hearing, the debtor testified that she attempted to obtain counsel, but the counsel she met with is currently unable to represent her. She further requested more time to find counsel and asked the court to reinstate her case. The Court took the matter under advisement.

From a review of the docket, the debtor has paid all required filing fees and filed all outstanding documents except for the chapter 13 plan. Based on the statements made at hearing, the Court will grant the debtor's request to vacate the dismissal order and reinstate the case contingent on the debtor filing her chapter 13 plan within ten (10) days of entry of this order.

Accordingly, it is

### O R D E R E D

That the debtor shall file her chapter 13 plan within ten (10) days of entry of this order. Failure to timely file her plan shall result in her motion to reinstate being denied. If the plan is timely filed, the motion will be granted and the debtor shall serve the plan in accordance with

applicable rules and the order and notice setting the amended plan for hearing, as issued by the Clerk's office upon the filing of the chapter 13 plan.  It is further

**O R D E R E D**

That the Clerk of this Court is directed to send notice to all creditors of a new section 341 meeting of creditors upon obtaining a date from the chapter 13 trustee.

Copies of this order are directed to be sent to the debtor, Patricia Williams Patterson, 2673 Beverly Blvd., Roanoke, VA 24015; and the chapter 13 trustee, Christopher T. Micale, P.O. Box 1001, Roanoke, VA 24005.

Entered: June 7, 2016

_____
Paul M. Black
U.S. Bankruptcy Judge

2